IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMUL ACTION COMMITTEE,<br><br>  Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF INTERIOR, OFFICE OF INDIAN GAMING, *et al.*,<br><br>  Defendants. | No. 2:22-cv-02148-KJM-JDP<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO SET DEADLINE TO RESPOND TO COMPLAINT AND CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE** |

On March 19, 2023, Defendants applied *ex parte* for an order setting their deadline for responding to the Complaint and continuing the Status (Pretrial Scheduling) Conference. Plaintiff's counsel filed an opposition declaration. Having considered the application and opposition, and for good cause shown, IT IS HEREBY ORDERED that:

1. Defendants' deadline to respond to the Complaint is May 2, 2023.
2. The Status (Pretrial Scheduling) Conference is continued to May 11, 2023, at 2:30 p.m. The parties shall file their Joint Status Report no later than April 27, 2023.

DATED: March 22, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

\ 1