KENNETH R. WILLIAMS, SBN 73170
Attorney at Law
980 9th Street, 16th Floor
Sacramento, CA  95814
Telephone: (916) 543-2918

Attorney for Plaintiff

PHILLIP A. TALBERT
United States Attorney
JOSEPH B. FRUEH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail:    joseph.frueh@usdoj.gov
Telephone:   (916) 554-2702
Facsimile:(916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMUL ACTION COMMITTEE,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF INTERIOR, OFFICE OF INDIAN GAMING, *et al.*,<br><br>Defendants. | No. 2:22-cv-02148-KJM-JDP<br><br>**STIPULATION AND ORDER TO CONTINUE THE HEARING ON DEFENDANTS' MOTION TO DISMISS AND THE STATUS (PRETRIAL SCHEDULING) CONFERENCE TO AUGUST 11, 2023.** |

IT IS HEREBY STIPULATED, by and between the parties and subject to Court approval, that the hearing on Defendants' Motion to Dismiss (Electronic Court File (ECF) No. 17) and the Status (Pretrial Scheduling) Conference, recently scheduled by the Court (ECF 18), shall both be continued from June 30, 2023, to August 11, 2023, at 10:00 a.m. pursuant to Federal Rule of Civil Procedure 6 and Local Rule 144.  The reasons for this stipulation are as follows.

Plaintiff's counsel has a prepaid, non-refundable vacation to Alaska from June 20, 2023 to July 4, 2023.  Thus Plaintiff's counsel will not be able to attend a June 30, 2023 hearing.  Also, although the next available law and motion date on the Court's calendar is July 17, 2023, Plaintiff's counsel has been notified of a potential Ninth Circuit hearing that may be scheduled in one of the appellate cases he is handling for July 17, 2023. Consequently, to avoid any potential conflict that may occur on that day, the parties agree and stipulate that, subject to Court approval, the hearing on the Motion to Dismiss and the Status (Pretrial Scheduling) Conference be continued from June 30, 2023 to August 11, 2023 at 10:00 am

Dated:  May 4, 2023                         Respectfully submitted,

                                            *s/ Kenneth R. Williams*
                                            KENNETH R. WILLIAMS
                                            Attorney at Law

                                            Attorney for Plaintiff


                                            PHILLIP A. TALBERT
                                            United States Attorney

                                            *s/ Joseph B. Frueh*
                                            JOSEPH B. FRUEH
                                            Assistant United States Attorney

                                            Attorneys for Defendants

   **IT IS SO ORDERED.**  The hearing on the Motion to Dismiss and the Status (Pretrial Scheduling) Conference is continued from June 30, 2023 to August 11, 2023 at 10:00 am, with the filing of a Joint Status Report due fourteen (14) days prior.

Dated:  May 16, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE