1  KENNETH R. WILLIAMS, SBN 73170
   Attorney at Law
2  980 9th Street, 16th Floor
   Sacramento, CA  95814
3  Telephone: (916) 543-2918

4  Attorney for Plaintiff

5  PHILLIP A. TALBERT
   United States Attorney
6  JOSEPH B. FRUEH
   Assistant United States Attorney
7  501 I Street, Suite 10-100
   Sacramento, CA 95814
8  E-mail:     joseph.frueh@usdoj.gov
   Telephone: (916) 554-2702
9  Facsimile:  (916) 554-2900

10 Attorneys for Defendants
   DEPARTMENT OF INTERIOR, OFFICE OF
11 INDIAN GAMING; DEB HAALAND,
   SECRETARY OF THE INTERIOR

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMUL ACTION COMMITTEE,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF INTERIOR, OFFICE OF INDIAN GAMING, *et al.*,<br><br>　　　　　　　　Defendants. | No. 2:22-cv-02148-KJM-JDP<br><br>**STIPULATION AND PROPOSED ORDER FOR MODIFYING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT (ECF 37)** |

　　　At the request of counsel for Defendants Secretary of the Interior Deb Haaland and the Interior Department's Office of Indian Gaming ("DOI/OIG"), the parties have met and conferred to arrive at a mutually agreeable briefing schedule on Plaintiff's Motion to Alter or Amend Judgment ("Motion," ECF 37) to accommodate counsel's other impending litigation deadlines that were set before or shortly after the Motion was filed on September 26, 2023, and to allow additional time for counsel to consult with DOI/OIG about the Motion.

Having so conferred, IT IS HEREBY STIPULATED, by and between the parties and subject to Court approval, that the briefing schedule on Plaintiff's Motion be modified as follows:

| Current Deadlines Per Local Rule 230 | Proposed Deadlines |
|---|---|
| Opposition: October 10, 2023 | October 20, 2023 |
| Reply: October 20, 2023 | November 9, 2023 |
| Hearing: December 8, 2023, 10 a.m. | Unchanged |

Dated: October 3, 2023                Respectfully submitted,

/s/ *Kenneth R. Williams*   (authorized 10/3/2023)
KENNETH R. WILLIAMS
Attorney at Law

Attorney for Plaintiff

PHILLIP A. TALBERT
United States Attorney

By:   /s/ *Joseph B. Frueh*
JOSEPH B. FRUEH
Assistant United States Attorney

Attorneys for Defendants
DEPARTMENT OF INTERIOR, OFFICE OF INDIAN GAMING; DEB HAALAND, SECRETARY OF THE INTERIOR

**IT IS SO ORDERED**

Dated: October 10, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE